FILED
CLERK, U S DISTRICT COURT

DEC 1 8 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DNP International Co., Inc<br><br>PLAINTIFF(S)<br>v.<br>Chentao Hang, et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV 06-628 DOC<br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Chentao Hang

DOCKETED ON CM
DEC 1 8 2006
BY _____ 02J

Clerk, U. S. District Court

12/18/06
Date

By R Mason
Deputy Clerk

CV-37 (10/01)                        DEFAULT BY CLERK F.R.Civ.P. 55(a)