**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 26 2007



CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DNP INTERNATIONAL COMPANY, INC., a California corporation,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>CHENTAO HANG,<br><br>Defendant - Appellant. | No. 07-55778<br><br>D.C. No. CV-06-00628-DOC<br>Central District of California,<br>Santa Ana<br><br>ORDER |



Before: GOODWIN, REINHARDT and W. FLETCHER, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of jurisdiction is granted. See 28 U.S.C. § 1291. The district court's order denying appellant's motion for relief from entry of default is not final and appealable. The district court has not entered judgment. See Baker v. Limber, 647 F.2d 912, 916 (9th Cir. 1981).

**DISMISSED.**



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 17 2008

by: Ruben Talavera
Deputy Clerk

MOATT