# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| DNP INTERNATIONAL COMPANY, INC., a California Corporation,<br>　　　　Plaintiff - Appellee,<br><br>V.<br><br>CHENTAO HANG, an individual,<br>　　　　Defendant - Appellant,<br><br>And<br><br>ZHIQI ZHU; et al.,<br>　　　　Defendants. | No. 07-55778<br>D.C. No. CV-06-00628-DOC<br><br>**JUDGMENT** |



Appeal from the United States District Court for the Central District of California (Santa Ana).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction.**

Filed and entered 12/26/07



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 17 2008

by: Ruben Talavera
　　　Deputy Clerk